In the Matter of SADIE GURLAND, Appellant, against NATHAN BECKENSTEIN, as Director of Brooklyn State Hospital, Respondent.

Submitted January 3, 1956; decided January 12, 1956.

*Herbert L. Levy* and *Abraham Sher* for appellant.

*Jacob K. Javits, Attorney-General* (*Abe Wagman* of counsel), for respondent.

Motion for leave to have appeal heard upon the original record and seven typewritten briefs denied.

Cross motion to dismiss appeal granted and appeal dismissed upon the ground that an appeal does not lie as of right to the Court of Appeals under subdivision 4 of section 588 of the Civil Practice Act.